THOMAS P. O'BRIEN
United States Attorney
ROBB C. ADKINS
Chief, Santa Ana Branch Office
Assistant United States Attorney
CHRISTINE S. BAUTISTA (Cal. SBN 256128)
Assistant United States Attorney
    Ronald Reagan Federal Building
    411 W. Fourth Street, Ste. 8000
    Santa Ana, California 92701
    Telephone: (714) 338-3542
    Facsimile: (714) 338-3561
    Email: Christine.Bautista2@usdoj.gov

Attorney for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | SA CR No. 08-157-JVS |
| Plaintiff, | ORDER DISMISSING PROBATION PETITION AGAINST DEFENDANT PETER MICHAELS |
| v. | |
| PETER MICHAELS, | |
| Defendant. | |

    In consideration of the government's motion to dismiss, without prejudice, the probation petition filed against defendant PETER MICHAELS, on or around April 7, 2009; agreement by the United States Probation Office; and good cause appearing thereon:

    IT IS HEREBY ORDERED that the government's motion to dismiss, without prejudice, is granted.

///

///

///

1    IT IS FURTHER ORDERED, that the status hearing set for May
2 11, 2009 at 8:30 a.m. is hereby vacated.
3 DATED: May 5, 2009

_____
THE HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT COURT